IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30181

_____


WILLIE THOMAS,

Petitioner-Appellant,

versus

BURL CAIN, Acting Warden,

Respondent-Appellee.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
(CA-91-3961-J)
_____

December 22, 1995

Before JOLLY, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]


Petitioner-appellant Willie Thomas appeals the district
court's dismissal with prejudice of his federal habeas petition.
Having reviewed the record and the briefs of the parties, we AFFIRM
the judgment of the district court for the reasons set out by the
district court in its minute entry dated February 8, 1995.  We
emphasize that we do not decide the question whether misinformation
concerning parole eligibility constitutes deficient performance of

[*]Local Rule 47.5.1 provides:  "The publication of opinions
that merely decide particular cases on the basis of well-settled
principles of law imposes needless expense on the public and
burdens on the legal profession."  Pursuant to that Rule, the court
has determined that this opinion should not be published.

counsel for the purpose of an ineffective assistance of counsel claim.

A F F I R M E D.